UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v().                                                        Criminal No. 10-190 (JNE)
                                                      ORDER

Sherita Scott-Kelley (1),
Monica Williams (2), and
Ronald Bila Shaka (3),

        Defendants.

This case is before the Court on a Report and Recommendation issued on November 9, 2010, by the Honorable Susan Richard Nelson, who was then a United States Magistrate Judge. The magistrate judge recommended granting in part and denying in part Defendant Sherita Scott-Kelley's motion to suppress evidence from illegal searches or seizures [Docket No. 46]; Scott-Kelley's motion to suppress evidence obtained in violation of her Fifth Amendment rights [Docket No. 47]; and Defendant Ronald Bila Shaka's motion to suppress evidence from search and seizure [Docket No. 74]. The magistrate judge recommended denying all of Defendants' other motions. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket Nos. 105, 106, and 107]. Therefore, IT IS ORDERED THAT:

1.      Scott-Kelley's motion to suppress evidence from illegal searches or seizures [Docket No. 46] is GRANTED IN PART and DENIED IN PART, consistent with the Report and Recommendation.

2.      Scott-Kelley's motion to suppress evidence obtained in violation of her Fifth Amendment rights [Docket No. 47] is GRANTED IN PART and DENIED IN PART, consistent with the Report and Recommendation.

3.      Scott-Kelley's motion to suppress electronic surveillance evidence [Docket No. 48] is DENIED.

4. Defendant Monica Williams's motion to suppress evidence from search and seizure [Docket No. 66] is DENIED.

5. Williams's motion to suppress statements [Docket No. 67] is DENIED.

6. Shaka's motion to suppress evidence from search and seizure [Docket No. 74] is GRANTED IN PART and DENIED IN PART, consistent with the Report and Recommendation.

7. Shaka's motion to suppress statements [Docket No. 75] is DENIED.

8. Shaka's motion to suppress eyewitness identification [Docket No. 76] is DENIED.

Dated: January 10, 2011

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge